**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Gabriel** | **Carrera** |
| | First Name  Middle Name | Last Name |
| Debtor 2 | **Sabina** | **Gonzales** |
| (Spouse, if filing) | First Name  Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-32750**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

## Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................ | $206,933.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................... | $34,667.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................ | $241,600.00 |

## Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | $208,334.14 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | $4,340.30 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... **+** | $62,483.17 |
| | **Your total liabilities** | $275,157.61 |

## Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.................................................................. | $10,750.12 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................................. | $6,228.00 |

| Debtor 1 | **Gabriel Carrera** | | |
|---|---|---|---|
| Debtor 2 | **Sabina Gonzales** | Case number (if known) | **17-32750** |

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

---

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.  **What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the** *Statement of Your Current Monthly Income:*  Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,**  Form 122B Line 11; **OR,** Form 122C-1 Line 14.

|  |
|---|
| **$0.00** |

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

|  | Total claim |
|---|---|
| From Part 4 on *Schedule E/F*, copy the following: |  |
| 9a.  Domestic support obligations.  (Copy line 6a.) | **$0.00** |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | **$3,015.30** |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | **$0.00** |
| 9d.  Student loans.  (Copy line 6f.) | **$0.00** |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | **$0.00** |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | **+ $0.00** |
| 9g.  **Total.**  Add lines 9a through 9f. | **$3,015.30** |

**Fill in this information to identify your case and this filing:**

| | | |
|---|---|---|
| Debtor 1 | **Gabriel** | **Carrera** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sabina** | **Gonzales** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known)  **17-32750**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.**

**house - 14415 Meyersville Drive, Houston, TX  77049**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other  **house - 14415 Meyersville**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $117,265.00 | $117,265.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| 1.2. | | |
|---|---|---|
| **house - 4627 Rosebud Drive, Houston, TX  77053** | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

**house - 4627 Rosebud Drive, Houston, TX  77053**

County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other  **house - 4627 Rosebud Driv**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$89,668.00**

**Current value of the portion you own?**
**$89,668.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**fee simple**

☐ Check if this is community property
(see instructions)

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here........................................➔   **$206,933.00**

| **Part 2:** | **Describe Your Vehicles** |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | |
|---|---|---|
| Make:   **Ford** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model:   **Explorer** | ☐ Debtor 1 only | |
| Year:   **2007** | ☐ Debtor 2 only | **Current value of the entire property?** |
| Approximate mileage:   **144,000** | ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another | **Current value of the portion you own?** |

Other information:
**2007 Ford Explorer (approx. 144000 miles)**

**Current value of the entire property?**   **$5,084.00**
**Current value of the portion you own?**   **$5,084.00**

☐ Check if this is community property
(see instructions)

| 3.2. | | |
|---|---|---|
| Make:   **Ford** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model:   **F150** | ☐ Debtor 1 only | |
| Year:   **2007** | ☐ Debtor 2 only | **Current value of the entire property?** |
| Approximate mileage:   **166,578** | ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another | **Current value of the portion you own?** |

Other information:
**2007 Ford F150 (approx. 166578 miles)**

**Current value of the entire property?**   **$4,874.00**
**Current value of the portion you own?**   **$4,874.00**

☐ Check if this is community property
(see instructions)

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:*  Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here........................................➔   **$9,958.00**

Debtor 1    **Gabriel Carrera**

Debtor 2    **Sabina Gonzales**

Case number (if known)    **17-32750**

---

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe.....    **See continuation page(s).**

    $19,247.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe.....    **See continuation page(s).**

    $1,215.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes. Describe.....    **See continuation page(s).**

    $960.00

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe.....    **See continuation page(s).**

    $385.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....    **See continuation page(s).**

    $2,386.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe.....    **See continuation page(s).**

    $96.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.........................................................................** ➔    $24,289.00

---

Debtor 1  **Gabriel Carrera**

Debtor 2  **Sabina Gonzales**

Case number (if known)  **17-32750**

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes...................................................................................................... Cash: .......................... **$50.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes........................... Institution name:

17.1.    Checking account:    **checking account - ACU Texas - 6419**    $150.00

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes........................... Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes.  Give specific information about them........................... Name of entity:                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes.  Give specific information about them........................... Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes.  List each account separately.  Type of account:        Institution name:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes........................... Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes........................... Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes........................... Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

| Debtor 1 | **Gabriel Carrera** | | |
|---|---|---|---|
| Debtor 2 | **Sabina Gonzales** | | Case number (if known) | **17-32750** |

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes.  Give specific
information about them

_____

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes.  Give specific
information about them

_____

**27.** **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes.  Give specific
information about them

_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28.** **Tax refunds owed to you**

☒ No
☐ Yes.  Give specific information
about them, including whether
you already filed the returns
and the tax years......................

Federal: _____

State: _____

Local: _____

**29.** **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes.  Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30.** **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes.  Give specific information

_____

**31.** **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes.  Name the insurance
company of each policy
and list its value................ Company name:          Beneficiary:          Surrender or refund value:

**32.** **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☒ No
☐ Yes.  Give specific information

_____

Debtor 1    **Gabriel Carrera**

Debtor 2    **Sabina Gonzales**

Case number (if known)   **17-32750**

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes.  Describe each claim........                                                    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes.  Describe each claim........                                                    _____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes.  Give specific information                                                    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here..........................................................→**   | **$200.00** |

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

---

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes.  Describe..                                                                    _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☐ No
    ☑ Yes.  Describe..  **See continuation page(s).**                                     _____ **$220.00**

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes.  Describe..                                                                    _____

41. **Inventory**

    ☑ No
    ☐ Yes.  Describe..                                                                    _____

42. **Interests in partnerships or joint ventures**

    ☑ No
    ☐ Yes.  Describe.....  Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☑ No
    ☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
            ☐ No
            ☐ Yes.  Describe.....                                                         _____

44. **Any business-related property you did not already list**

    ☑ No
    ☐ Yes.  Give specific information.

---

Debtor 1   **Gabriel Carrera**

Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

---

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................... ➔ | **$220.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| --- | --- |
| | If you own or have an interest in farmland, list it in Part 1. |

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☒ No
☐ Yes....

48. **Crops--either growing or harvested**

☒ No
☐ Yes. Give specific information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes....

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific information................

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................... ➔ | **$0.00**

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
| --- | --- |

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information.

54. Add the dollar value of all of your entries from Part 7. Write that number here............................. ➔ | **$0.00**

---

Debtor 1   **Gabriel Carrera**

Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

---

| **Part 8:** | **List the Totals of Each Part of this Form** |
| --- | --- |

55.  **Part 1: Total real estate, line 2**........................................................................................ ➜ $206,933.00

56.  **Part 2: Total vehicles, line 5**                   $9,958.00

57.  **Part 3: Total personal and household items, line 15**             $24,289.00

58.  **Part 4: Total financial assets, line 36**             $200.00

59.  **Part 5: Total business-related property, line 45**             $220.00

60.  **Part 6: Total farm- and fishing-related property, line 52**             $0.00

61.  **Part 7: Total other property not listed, line 54**         +   $0.00

62.  **Total personal property.**   Add lines 56 through 61..................   $34,667.00   Copy personal property total ➜ +   $34,667.00

63.  **Total of all property on Schedule A/B.**   Add line 55 + line 62...............................................................   $241,600.00

| Debtor 1 | **Gabriel Carrera** | | |
|----------|---------------------|--|--|
| Debtor 2 | **Sabina Gonzales** | Case number (if known) | **17-32750** |

6. <u>**Household goods and furnishings (details):**</u>

| | |
|---|---:|
| air conditioner(s) (room and/or portable) | **$800.00** |
| air compressor(s) | **$100.00** |
| art, craft and/or sewing supplies | **$100.00** |
| back packs / work bags | **$15.00** |
| bar stool(s) | **$10.00** |
| basket(s) | **$12.00** |
| bathroom appliances (blow dyers, curling irons, curlers, electric toothbrushes; water picks, weight scales and/or similar items, etc.) | **$40.00** |
| batteries | **$5.00** |
| BBQ grill(s) | **$20.00** |
| beds, bed frame(s), headboard(s), mattress, mattress pad(s) and/or box spring(s) | **$3,500.00** |
| bench(s) | **$10.00** |
| blanket(s) and/or quilt(s) | **$200.00** |
| book case(s) | **$80.00** |
| buffet table(s), food serving table(s) and/or tea cart(s) | **$75.00** |
| building supplies (nails, screws, hardware, wood, sandpaper, wallpaper, and/or caulk, and/or similar items, etc.) | **$125.00** |
| candles | **$3.00** |
| cd / dvd holder(s) | **$5.00** |
| chain saw(s) | **$35.00** |
| chairs | **$10.00** |
| chest of drawer(s) and/or dresser(s) | **$2,000.00** |
| children's toys | **$50.00** |
| cleaning products and supplies (cleaners, polishes, waxes, etc.) | **$10.00** |
| cleaning utensils (mops, brooms, dust pans, etc.) | **$3.00** |
| clock(s) | **$5.00** |
| clothes hanger(s) | **$2.00** |
| coffee maker(s) | **$10.00** |
| coffee table(s) | **$75.00** |
| couches(s), love seat(s) and/or chair(s) | **$750.00** |
| crystal | **$145.00** |
| curtains and/or blinds and/or drapes | **$70.00** |
| desk(s) | **$35.00** |
| dolly(s), hand truck(s) and/or moving equipment | **$15.00** |
| drugs and/or medications on hand (prescription and/or over the counter medications [antibiotics, laxatives, pain medications, vitamins and/or ointments, etc.]) | **$30.00** |

Debtor 1    **Gabriel Carrera**
Debtor 2    **Sabina Gonzales**                           Case number (if known)   **17-32750**

| | |
|---|---|
| **edger(s)** | **$12.00** |
| **electric extension cord(s)** | **$6.00** |
| **end table(s)** | **$225.00** |
| **entertainment center(s)** | **$200.00** |
| **family photo(s) and/or photo album(s)** | **$200.00** |
| **file cabinet(s)** | **$60.00** |
| **fireplace accessaries(s)** | **$40.00** |
| **flash lights(s)** | **$10.00** |
| **food on hand** | **$60.00** |
| **fuel (coal, fire wood, gasoline, diesel fuel, propane, kerosine, and/or heating oil, etc.)** | **$2.00** |
| **garden hose(s)** | **$10.00** |
| **garment steamer(s)** | **$3.00** |
| **gas can(s)** | **$5.00** |
| **generator(s)** | **$100.00** |
| **hair cutting and/or grooming tools (shavers, scissors, combs, cutters and/or similar items, etc.)** | **$35.00** |
| **hand tools** | **$40.00** |
| **holiday decorations and/or ornaments** | **$120.00** |
| **house plant(s)** | **$30.00** |
| **ice chest(s)** | **$15.00** |
| **iron and ironing board** | **$5.00** |
| **jewelry case(s)** | **$8.00** |
| **kitchen appliance(s)** | **$250.00** |
| **ladder(s)** | **$35.00** |
| **lamp(s), light(s) and/or fixture(s)** | **$140.00** |
| **lawn and/or garden tools and/or equipment (axes, forks, gloves, post hole diggers rakes, shovels, tree and bush hedge trimmers and/or wheel barrows, etc.)** | **$60.00** |
| **lawn and/or garden supplies (fertilizers, grass seed, insecticides and/or weed killers, etc.)** | **$22.00** |
| **lawn furniture** | **$45.00** |
| **lawn mower(s)** | **$100.00** |
| **luggage** | **$40.00** |
| **microwave oven(s)** | **$15.00** |
| **mirror(s)** | **$15.00** |
| **toddler potty** | **$15.00** |
| **toy chest(s)** | **$80.00** |
| **office equipment (small calculators, hole punch(s), staplers, pencil sharpener(s), ruler(s), and/or similar items, etc.)** | **$10.00** |

| Debtor 1 | **Gabriel Carrera** | | |
| Debtor 2 | **Sabina Gonzales** | | |
| | | Case number (if known) | **17-32750** |

| | |
|---|---|
| **office supplies (pens, pencils, markers, paper, staples, envelopes, binders, tape, markers, binder clips, paper clips, file folders, and/or similar items, etc.)** | **$5.00** |
| **paint** | **$3.00** |
| **paper towel holder(s)** | **$5.00** |
| **pet supplies (pet food, bones, grooming equipment, bowls, leases, collars, cat litter, toys, and/or similar items, etc.)** | **$20.00** |
| **pillows** | **$50.00** |
| **plants and trees (indoor potted or artificial)** | **$10.00** |
| **portable heater(s)** | **$80.00** |
| **power tools** | **$300.00** |
| **recliner(s)** | **$10.00** |
| **refrigerator magnets** | **$1.00** |
| **refrigerator(s)** | **$400.00** |
| **rug(s) and/or carpet(s)** | **$250.00** |
| **safe(s)** | **$50.00** |
| **scale(s)** | **$25.00** |
| **sewing machine(s)** | **$90.00** |
| **shelf(s)** | **$60.00** |
| **shower curtain(s)** | **$10.00** |
| **stool(s)** | **$10.00** |
| **stove(s)** | **$100.00** |
| **table(s) and/or chair(s)** | **$500.00** |
| **telephone(s) [land phone(s) and/or mobile phone(s)]** | **$6.00** |
| **television set(s)** | **$2,200.00** |
| **toiletries, health, beauty and/or personal hygiene items** | **$300.00** |
| **tool chest(s)** | **$250.00** |
| **towels, linens and/or bedding items** | **$150.00** |
| **trash can(s)** | **$25.00** |
| **tv stand(s)** | **$40.00** |
| **vacuum cleaner(s)** | **$30.00** |
| **vase(s)** | **$10.00** |
| **vcr(s)** | **$10.00** |
| **wallet(s)** | **$50.00** |
| **washer(s) and/or dryer(s)** | **$600.00** |
| **weed eater(s)** | **$60.00** |
| **wheel barrow(s)** | **$5.00** |

Debtor 1    **Gabriel Carrera**
Debtor 2    **Sabina Gonzales**                                    Case number (if known)   **17-32750**

| | |
|---|---|
| **wine, liquor and/or beer on hand** | $5.00 |
| **wine rack(s)** | $80.00 |
| **work bench(s)** | $10.00 |
| **work light(s)** | $4.00 |
| **kitchen ware - cookware** | $300.00 |
| **dishes and utensils** | $100.00 |
| **toaster** | $10.00 |
| **chairs sets** | $300.00 |
| **old furniture** | $150.00 |
| **bakers rack** | $75.00 |
| **home decor / nic nacs** | $350.00 |
| **ceramic planters** | $190.00 |
| **ceramic canisters and pots and pans and roasters** | $550.00 |
| **custom chairs set** | $200.00 |
| **table with 4 chairs** | $300.00 |
| **welded art** | $400.00 |
| **old furniture in garage** | $150.00 |

**7.    Electronics (details):**

| | |
|---|---|
| **calculator(s)** | $5.00 |
| **cell / mobile phone(s)** | $150.00 |
| **computer equipment and/or software (including fax machines, scanners, printers, etc.)** | $650.00 |
| **DVD player(s)** | $25.00 |
| **stereo and/or music equipment** | $25.00 |
| **ipads / tablets** | $360.00 |

**8.    Collectibles of value (details):**

| | |
|---|---|
| **antique furniture - give itemized description of each item:** | $100.00 |
| **art objects and /or collections** | $200.00 |
| **books and/or novels** | $50.00 |
| **children's books** | $40.00 |
| **compact disks** | $40.00 |
| **doll collection(s)** | $30.00 |
| **paintings** | $300.00 |
| **statues** | $10.00 |
| **stuffed animals** | $40.00 |
| **wall picture(s)** | $70.00 |
| **buhdda statues** | $80.00 |

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

9.   <u>Equipment for sports and hobbies (details):</u>

| | |
|---|---:|
| **bicycle(s)** | **$60.00** |
| **bike rack(s)** | **$7.00** |
| **binoculars** | **$3.00** |
| **camera(s) and/or camera equipment** | **$60.00** |
| **camping gear and/or related equipment** | **$30.00** |
| **fishing gear** | **$5.00** |
| **trampoline(s)** | **$100.00** |
| **video game equipment and/or games** | **$120.00** |

11.   <u>Clothes (details):</u>

| | |
|---|---:|
| **athletic apparel - women's** | **$10.00** |
| **belts - women's** | **$10.00** |
| **blouses and/or shirts - women's** | **$200.00** |
| **bra's - women's** | **$86.00** |
| **coats - women's** | **$100.00** |
| **dresses - women's** | **$85.00** |
| **footwear - women's** | **$500.00** |
| **gloves - women's** | **$30.00** |
| **hats - women's** | **$10.00** |
| **pants - women's** | **$30.00** |
| **purses / hand bags - women's** | **$100.00** |
| **robe(s) - women's** | **$10.00** |
| **scarf(s) - women's** | **$3.00** |
| **shorts - women's** | **$6.00** |
| **skirts - women's** | **$10.00** |
| **sleep wear - women's** | **$4.00** |
| **socks - women's** | **$15.00** |
| **suits - women's** | **$20.00** |
| **sweaters - women's** | **$20.00** |
| **swim wear - women's** | **$5.00** |
| **t-shirts - women's** | **$25.00** |
| **under garments - women's** | **$15.00** |
| **athletic apparel - men's** | **$5.00** |
| **belts - men's** | **$10.00** |
| **coats - men's** | **$300.00** |
| **footwear - men's** | **$100.00** |

Debtor 1    **Gabriel Carrera**
Debtor 2    **Sabina Gonzales**                                            Case number (if known)   **17-32750**

| | |
|---|---|
| **gloves - men's** | **$3.00** |
| **hats - men's** | **$5.00** |
| **pants - men's** | **$20.00** |
| **shirts - men's** | **$50.00** |
| **shorts - men's** | **$6.00** |
| **socks - men's** | **$15.00** |
| **suits - men's** | **$20.00** |
| **sweaters - men's** | **$50.00** |
| **swim wear - men's** | **$10.00** |
| **ties - men's** | **$3.00** |
| **undergarments - men's** | **$5.00** |
| **children's clothing** | **$40.00** |
| **ladies balzers** | **$100.00** |
| **ladies suits** | **$200.00** |
| **tuxedo** | **$150.00** |

12.  <u>Jewelry (details):</u>

| | |
|---|---|
| **costume jewelry** | **$45.00** |
| **ear rings** | **$8.00** |
| **ring(s)** | **$3.00** |
| **watches** | **$20.00** |
| **bracelets and necklaces** | **$20.00** |

39.  <u>Office equipment, furnishings, and supplies (details):</u>

| | |
|---|---|
| **old desk** | **$10.00** |
| **file cabinets** | **$60.00** |
| **fire safe with lock** | **$150.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gabriel**          **Carrera** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Sabina**          **Gonzales** |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-32750** |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt 04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **house - 14415 Meyersville Drive, Houston, TX 77049** <br> Line from *Schedule A/B*: **1.1** | **$117,265.00** | ☑ **$6,724.34** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description: **house - 4627 Rosebud Drive, Houston, TX 77053** <br> Line from *Schedule A/B*: **1.2** | **$89,668.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description: **2007 Ford Explorer (approx. 144000 miles)** <br> Line from *Schedule A/B*: **3.1** | **$5,084.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1 **Gabriel Carrera**

Debtor 2 **Sabina Gonzales**

Case number (if known) **17-32750**

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2007 Ford F150 (approx. 166578 miles)** Line from *Schedule A/B*: __3.2__ | $4,874.00 | ☑ $3,547.07 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description: **air conditioner(s) (room and/or portable)** Line from *Schedule A/B*: __6__ | $800.00 | ☑ $800.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **air compressor(s)** Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **art, craft and/or sewing supplies** Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **back packs / work bags** Line from *Schedule A/B*: __6__ | $15.00 | ☑ $15.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **bar stool(s)** Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **basket(s)** Line from *Schedule A/B*: __6__ | $12.00 | ☑ $12.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **bathroom appliances (blow dyers, curling irons, curlers, electric toothbrushes; water picks, weight scales and/or similar items, etc.)** Line from *Schedule A/B*: __6__ | $40.00 | ☑ $40.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **batteries** Line from *Schedule A/B*: __6__ | $5.00 | ☑ $5.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Gabriel Carrera** | |
|---|---|---|
| Debtor 2 | **Sabina Gonzales** | |

Case number (if known)   **17-32750**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**BBQ grill(s)**<br><br>Line from *Schedule A/B*:    **6** | **$20.00** | ☑ **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**beds, bed frame(s), headboard(s), mattress, mattress pad(s) and/or box spring(s)**<br>Line from *Schedule A/B*:    **6** | **$3,500.00** | ☑ **$3,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**bench(s)**<br><br>Line from *Schedule A/B*:    **6** | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**blanket(s) and/or quilt(s)**<br><br>Line from *Schedule A/B*:    **6** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**book case(s)**<br><br>Line from *Schedule A/B*:    **6** | **$80.00** | ☑ **$80.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**buffet table(s), food serving table(s) and/or tea cart(s)**<br>Line from *Schedule A/B*:    **6** | **$75.00** | ☑ **$75.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**building supplies (nails, screws, hardware, wood, sandpaper, wallpaper, and/or caulk, and/or similar items, etc.)**<br>Line from *Schedule A/B*:    **6** | **$125.00** | ☑ **$125.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**candles**<br><br>Line from *Schedule A/B*:    **6** | **$3.00** | ☑ **$3.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**cd / dvd holder(s)**<br><br>Line from *Schedule A/B*:    **6** | **$5.00** | ☑ **$5.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1  **Gabriel Carrera**

Debtor 2  **Sabina Gonzales**

Case number (if known)  **17-32750**

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **chain saw(s)** <br><br> Line from *Schedule A/B*: __6__ | **$35.00** | ☑ **$35.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **chairs** <br><br> Line from *Schedule A/B*: __6__ | **$10.00** | ☑ **$10.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **chest of drawer(s) and/or dresser(s)** <br><br> Line from *Schedule A/B*: __6__ | **$2,000.00** | ☑ **$2,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **children's toys** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **cleaning products and supplies (cleaners, polishes, waxes, etc.)** <br> Line from *Schedule A/B*: __6__ | **$10.00** | ☑ **$10.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **cleaning utensils (mops, brooms, dust pans, etc.)** <br> Line from *Schedule A/B*: __6__ | **$3.00** | ☑ **$3.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **clock(s)** <br><br> Line from *Schedule A/B*: __6__ | **$5.00** | ☑ **$5.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **clothes hanger(s)** <br><br> Line from *Schedule A/B*: __6__ | **$2.00** | ☑ **$2.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **coffee maker(s)** <br><br> Line from *Schedule A/B*: __6__ | **$10.00** | ☑ **$10.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1  **Gabriel Carrera**
Debtor 2  **Sabina Gonzales**

Case number (if known)  **17-32750**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **coffee table(s)** <br><br> Line from *Schedule A/B*: __6__ | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **couches(s), love seat(s) and/or chair(s)** <br><br> Line from *Schedule A/B*: __6__ | $750.00 | ☑ $750.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **crystal** <br><br> Line from *Schedule A/B*: __6__ | $145.00 | ☑ $145.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **curtains and/or blinds and/or drapes** <br><br> Line from *Schedule A/B*: __6__ | $70.00 | ☑ $70.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **desk(s)** <br><br> Line from *Schedule A/B*: __6__ | $35.00 | ☑ $35.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **dolly(s), hand truck(s) and/or moving equipment** <br><br> Line from *Schedule A/B*: __6__ | $15.00 | ☑ $15.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **drugs and/or medications on hand (prescription and/or over the counter medications [antibiotics, laxatives, pain medications, vitamins and/or ointments, etc.])** <br><br> Line from *Schedule A/B*: __6__ | $30.00 | ☑ $30.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **edger(s)** <br><br> Line from *Schedule A/B*: __6__ | $12.00 | ☑ $12.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **electric extension cord(s)** <br><br> Line from *Schedule A/B*: __6__ | $6.00 | ☑ $6.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **end table(s)** <br> Line from *Schedule A/B*: __6__ | **$225.00** | ☑ **$225.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **entertainment center(s)** <br> Line from *Schedule A/B*: __6__ | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **family photo(s) and/or photo album(s)** <br> Line from *Schedule A/B*: __6__ | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **file cabinet(s)** <br> Line from *Schedule A/B*: __6__ | **$60.00** | ☑ **$60.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **fireplace accessaries(s)** <br> Line from *Schedule A/B*: __6__ | **$40.00** | ☑ **$40.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **flash lights(s)** <br> Line from *Schedule A/B*: __6__ | **$10.00** | ☑ **$10.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **food on hand** <br> Line from *Schedule A/B*: __6__ | **$60.00** | ☑ **$60.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **fuel (coal, fire wood, gasoline, diesel fuel, propane, kerosine, and/or heating oil, etc.)** <br> Line from *Schedule A/B*: __6__ | **$2.00** | ☑ **$2.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **garden hose(s)** <br> Line from *Schedule A/B*: __6__ | **$10.00** | ☑ **$10.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| Debtor 1 | **Gabriel Carrera** |
|---|---|
| Debtor 2 | **Sabina Gonzales** |

Case number (if known)   **17-32750**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **garment steamer(s)** <br><br> Line from *Schedule A/B*:    **6** | $3.00 | ☑ $3.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **gas can(s)** <br><br> Line from *Schedule A/B*:    **6** | $5.00 | ☑ $5.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **generator(s)** <br><br> Line from *Schedule A/B*:    **6** | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **hair cutting and/or grooming tools (shavers, scissors, combs, cutters and/or similar items, etc.)** <br> Line from *Schedule A/B*:    **6** | $35.00 | ☑ $35.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **hand tools** <br><br> Line from *Schedule A/B*:    **6** | $40.00 | ☑ $40.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **holiday decorations and/or ornaments** <br><br> Line from *Schedule A/B*:    **6** | $120.00 | ☑ $120.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **house plant(s)** <br><br> Line from *Schedule A/B*:    **6** | $30.00 | ☑ $30.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **ice chest(s)** <br><br> Line from *Schedule A/B*:    **6** | $15.00 | ☑ $15.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **iron and ironing board** <br><br> Line from *Schedule A/B*:    **6** | $5.00 | ☑ $5.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **jewelry case(s)** <br> Line from *Schedule A/B*: __6__ | $8.00 | ☑ $8.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **kitchen appliance(s)** <br> Line from *Schedule A/B*: __6__ | $250.00 | ☑ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **ladder(s)** <br> Line from *Schedule A/B*: __6__ | $35.00 | ☑ $35.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **lamp(s), light(s) and/or fixture(s)** <br> Line from *Schedule A/B*: __6__ | $140.00 | ☑ $140.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **lawn and/or garden tools and/or equipment (axes, forks, gloves, post hole diggers rakes, shovels, tree and bush hedge trimmers and/or wheel barrows, etc.)** <br> Line from *Schedule A/B*: __6__ | $60.00 | ☑ $60.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **lawn and/or garden supplies (fertilizers, grass seed, insecticides and/or weed killers, etc.)** <br> Line from *Schedule A/B*: __6__ | $22.00 | ☑ $22.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **lawn furniture** <br> Line from *Schedule A/B*: __6__ | $45.00 | ☑ $45.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **lawn mower(s)** <br> Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **luggage** <br> Line from *Schedule A/B*: __6__ | $40.00 | ☑ $40.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**microwave oven(s)**<br><br>Line from *Schedule A/B*:   **6** | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**mirror(s)**<br><br>Line from *Schedule A/B*:   **6** | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**toddler potty**<br><br>Line from *Schedule A/B*:   **6** | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**toy chest(s)**<br><br>Line from *Schedule A/B*:   **6** | $80.00 | ☑ $80.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**office equipment (small calculators, hole punch(s), staplers, pencil sharpener(s), ruler(s), and/or similar items, etc.)**<br>Line from *Schedule A/B*:   **6** | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**office supplies (pens, pencils, markers, paper, staples, envelopes, binders, tape, markers, binder clips, paper clips, file folders, and/or similar items, etc.)**<br>Line from *Schedule A/B*:   **6** | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**paint**<br><br>Line from *Schedule A/B*:   **6** | $3.00 | ☑ $3.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**paper towel holder(s)**<br><br>Line from *Schedule A/B*:   **6** | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**pet supplies (pet food, bones, grooming equipment, bowls, leases, collars, cat litter, toys, and/or similar items, etc.)**<br>Line from *Schedule A/B*:   **6** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Gabriel Carrera** | | |
|---|---|---|---|
| Debtor 2 | **Sabina Gonzales** | | |
| | | Case number (if known) | **17-32750** |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **pillows** <br> Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **plants and trees (indoor potted or artificial)** <br> Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **portable heater(s)** <br> Line from *Schedule A/B*: __6__ | $80.00 | ☑ $80.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **power tools** <br> Line from *Schedule A/B*: __6__ | $300.00 | ☑ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **recliner(s)** <br> Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **refrigerator magnets** <br> Line from *Schedule A/B*: __6__ | $1.00 | ☑ $1.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **refrigerator(s)** <br> Line from *Schedule A/B*: __6__ | $400.00 | ☑ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **rug(s) and/or carpet(s)** <br> Line from *Schedule A/B*: __6__ | $250.00 | ☑ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **safe(s)** <br> Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Gabriel Carrera** |
|---|---|
| Debtor 2 | **Sabina Gonzales** |

Case number (if known) __**17-32750**__

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **scale(s)** Line from *Schedule A/B*: __**6**__ | **$25.00** | ☑ **$25.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **sewing machine(s)** Line from *Schedule A/B*: __**6**__ | **$90.00** | ☑ **$90.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **shelf(s)** Line from *Schedule A/B*: __**6**__ | **$60.00** | ☑ **$60.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **shower curtain(s)** Line from *Schedule A/B*: __**6**__ | **$10.00** | ☑ **$10.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **stool(s)** Line from *Schedule A/B*: __**6**__ | **$10.00** | ☑ **$10.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **stove(s)** Line from *Schedule A/B*: __**6**__ | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **table(s) and/or chair(s)** Line from *Schedule A/B*: __**6**__ | **$500.00** | ☑ **$500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **telephone(s) [land phone(s) and/or mobile phone(s)]** Line from *Schedule A/B*: __**6**__ | **$6.00** | ☑ **$6.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **television set(s)** Line from *Schedule A/B*: __**6**__ | **$2,200.00** | ☑ **$2,200.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1  **Gabriel Carrera**
Debtor 2  **Sabina Gonzales**

Case number (if known)   **17-32750**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **toiletries, health, beauty and/or personal hygiene items** <br> Line from *Schedule A/B*: __6__ | $300.00 | ☑ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **tool chest(s)** <br> Line from *Schedule A/B*: __6__ | $250.00 | ☑ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **towels, linens and/or bedding items** <br> Line from *Schedule A/B*: __6__ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **trash can(s)** <br> Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **tv stand(s)** <br> Line from *Schedule A/B*: __6__ | $40.00 | ☑ $40.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **vacuum cleaner(s)** <br> Line from *Schedule A/B*: __6__ | $30.00 | ☑ $30.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **vase(s)** <br> Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **vcr(s)** <br> Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **wallet(s)** <br> Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1    **Gabriel Carrera**
Debtor 2    **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **washer(s) and/or dryer(s)** Line from *Schedule A/B*: __6__ | $600.00 | ☑ $600.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **weed eater(s)** Line from *Schedule A/B*: __6__ | $60.00 | ☑ $60.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **wheel barrow(s)** Line from *Schedule A/B*: __6__ | $5.00 | ☑ $5.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **wine, liquor and/or beer on hand** Line from *Schedule A/B*: __6__ | $5.00 | ☑ $5.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **wine rack(s)** Line from *Schedule A/B*: __6__ | $80.00 | ☑ $80.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **work bench(s)** Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **work light(s)** Line from *Schedule A/B*: __6__ | $4.00 | ☑ $4.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **kitchen ware - cookware** Line from *Schedule A/B*: __6__ | $300.00 | ☑ $300.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **dishes and utensils** Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Gabriel Carrera** | | |
|---|---|---|---|
| Debtor 2 | **Sabina Gonzales** | Case number (if known) | **17-32750** |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**toaster**<br>Line from *Schedule A/B*: __6__ | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**chairs sets**<br>Line from *Schedule A/B*: __6__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**old furniture**<br>Line from *Schedule A/B*: __6__ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**bakers rack**<br>Line from *Schedule A/B*: __6__ | **$75.00** | ☑ **$75.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**home decor / nic nacs**<br>Line from *Schedule A/B*: __6__ | **$350.00** | ☑ **$350.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**ceramic planters**<br>Line from *Schedule A/B*: __6__ | **$190.00** | ☑ **$190.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**ceramic canisters and pots and pans and roasters**<br>Line from *Schedule A/B*: __6__ | **$550.00** | ☑ **$550.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**custom chairs set**<br>Line from *Schedule A/B*: __6__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**table with 4 chairs**<br>Line from *Schedule A/B*: __6__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Gabriel Carrera** | |
|---|---|---|
| Debtor 2 | **Sabina Gonzales** | |
| | | Case number (if known)   **17-32750** |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **welded art** <br> Line from *Schedule A/B:*   **6** | **$400.00** | ☑ **$400.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **old furniture in garage** <br> Line from *Schedule A/B:*   **6** | **$150.00** | ☑ **$150.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **calculator(s)** <br> Line from *Schedule A/B:*   **7** | **$5.00** | ☑ **$5.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **cell / mobile phone(s)** <br> Line from *Schedule A/B:*   **7** | **$150.00** | ☑ **$150.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **computer equipment and/or software (including fax machines, scanners, printers, etc.)** <br> Line from *Schedule A/B:*   **7** | **$650.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **DVD player(s)** <br> Line from *Schedule A/B:*   **7** | **$25.00** | ☑ **$25.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **stereo and/or music equipment** <br> Line from *Schedule A/B:*   **7** | **$25.00** | ☑ **$25.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **ipads / tablets** <br> Line from *Schedule A/B:*   **7** | **$360.00** | ☑ **$360.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **antique furniture - give itemized description of each item:** <br> Line from *Schedule A/B:*   **8** | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**

Case number (if known)   __17-32750__

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **art objects and /or collections** Line from *Schedule A/B*: __8__ | $200.00 | ☑ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **books and/or novels** Line from *Schedule A/B*: __8__ | $50.00 | ☑ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **children's books** Line from *Schedule A/B*: __8__ | $40.00 | ☑ $40.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **compact disks** Line from *Schedule A/B*: __8__ | $40.00 | ☑ $40.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **doll collection(s)** Line from *Schedule A/B*: __8__ | $30.00 | ☑ $30.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **paintings** Line from *Schedule A/B*: __8__ | $300.00 | ☑ $300.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **statues** Line from *Schedule A/B*: __8__ | $10.00 | ☑ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **stuffed animals** Line from *Schedule A/B*: __8__ | $40.00 | ☑ $40.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **wall picture(s)** Line from *Schedule A/B*: __8__ | $70.00 | ☑ $70.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1  **Gabriel Carrera**
Debtor 2  **Sabina Gonzales**

Case number (if known)  **17-32750**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>**buhdda statues**<br><br>Line from *Schedule A/B*: __8__ | **$80.00** | ☑ __$80.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**bicycle(s)**<br><br>Line from *Schedule A/B*: __9__ | **$60.00** | ☑ __$60.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**bike rack(s)**<br><br>Line from *Schedule A/B*: __9__ | **$7.00** | ☑ __$7.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**binoculars**<br><br>Line from *Schedule A/B*: __9__ | **$3.00** | ☑ __$3.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**camera(s) and/or camera equipment**<br><br>Line from *Schedule A/B*: __9__ | **$60.00** | ☑ __$60.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**camping gear and/or related equipment**<br><br>Line from *Schedule A/B*: __9__ | **$30.00** | ☑ __$30.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**fishing gear**<br><br>Line from *Schedule A/B*: __9__ | **$5.00** | ☑ __$5.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**trampoline(s)**<br><br>Line from *Schedule A/B*: __9__ | **$100.00** | ☑ __$100.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**video game equipment and/or games**<br><br>Line from *Schedule A/B*: __9__ | **$120.00** | ☑ __$120.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| Debtor 1 | **Gabriel Carrera** |
|---|---|
| Debtor 2 | **Sabina Gonzales** |

Case number (if known)  **17-32750**

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **athletic apparel - women's** Line from *Schedule A/B*: __11__ | $10.00 | ☑ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **belts - women's** Line from *Schedule A/B*: __11__ | $10.00 | ☑ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **blouses and/or shirts - women's** Line from *Schedule A/B*: __11__ | $200.00 | ☑ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **bra's - women's** Line from *Schedule A/B*: __11__ | $86.00 | ☑ $86.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **coats - women's** Line from *Schedule A/B*: __11__ | $100.00 | ☑ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **dresses - women's** Line from *Schedule A/B*: __11__ | $85.00 | ☑ $85.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **footwear - women's** Line from *Schedule A/B*: __11__ | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **gloves - women's** Line from *Schedule A/B*: __11__ | $30.00 | ☑ $30.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **hats - women's** Line from *Schedule A/B*: __11__ | $10.00 | ☑ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Gabriel Carrera** |
|----------|---------------------|
| Debtor 2 | **Sabina Gonzales** |

Case number (if known)   **17-32750**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**pants - women's**<br><br>Line from *Schedule A/B*: ___11___ | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**purses / hand bags - women's**<br><br>Line from *Schedule A/B*: ___11___ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**robe(s) - women's**<br><br>Line from *Schedule A/B*: ___11___ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**scarf(s) - women's**<br><br>Line from *Schedule A/B*: ___11___ | $3.00 | ☑ $3.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**shorts - women's**<br><br>Line from *Schedule A/B*: ___11___ | $6.00 | ☑ $6.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**skirts - women's**<br><br>Line from *Schedule A/B*: ___11___ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**sleep wear - women's**<br><br>Line from *Schedule A/B*: ___11___ | $4.00 | ☑ $4.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**socks - women's**<br><br>Line from *Schedule A/B*: ___11___ | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**suits - women's**<br><br>Line from *Schedule A/B*: ___11___ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1  **Gabriel Carrera**

Debtor 2  **Sabina Gonzales**

Case number (if known)  **17-32750**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **sweaters - women's** <br> Line from *Schedule A/B*: **11** | **$20.00** | ☑ **$20.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **swim wear - women's** <br> Line from *Schedule A/B*: **11** | **$5.00** | ☑ **$5.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **t-shirts - women's** <br> Line from *Schedule A/B*: **11** | **$25.00** | ☑ **$25.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **under garments - women's** <br> Line from *Schedule A/B*: **11** | **$15.00** | ☑ **$15.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **athletic apparel - men's** <br> Line from *Schedule A/B*: **11** | **$5.00** | ☑ **$5.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **belts - men's** <br> Line from *Schedule A/B*: **11** | **$10.00** | ☑ **$10.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **coats - men's** <br> Line from *Schedule A/B*: **11** | **$300.00** | ☑ **$300.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **footwear - men's** <br> Line from *Schedule A/B*: **11** | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **gloves - men's** <br> Line from *Schedule A/B*: **11** | **$3.00** | ☑ **$3.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1    **Gabriel Carrera**
Debtor 2    **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **hats - men's** Line from *Schedule A/B*:   **11** | **$5.00** | ☑ **$5.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **pants - men's** Line from *Schedule A/B*:   **11** | **$20.00** | ☑ **$20.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **shirts - men's** Line from *Schedule A/B*:   **11** | **$50.00** | ☑ **$50.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **shorts - men's** Line from *Schedule A/B*:   **11** | **$6.00** | ☑ **$6.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **socks - men's** Line from *Schedule A/B*:   **11** | **$15.00** | ☑ **$15.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **suits - men's** Line from *Schedule A/B*:   **11** | **$20.00** | ☑ **$20.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **sweaters - men's** Line from *Schedule A/B*:   **11** | **$50.00** | ☑ **$50.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **swim wear - men's** Line from *Schedule A/B*:   **11** | **$10.00** | ☑ **$10.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **ties - men's** Line from *Schedule A/B*:   **11** | **$3.00** | ☑ **$3.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| Debtor 1 | **Gabriel Carrera** |
|---|---|
| Debtor 2 | **Sabina Gonzales** |

Case number (if known) __**17-32750**__

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**undergarments - men's**<br><br>Line from *Schedule A/B*: __**11**__ | __$5.00__ | ☑ __$5.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**children's clothing**<br><br>Line from *Schedule A/B*: __**11**__ | __$40.00__ | ☑ __$40.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**ladies balzers**<br><br>Line from *Schedule A/B*: __**11**__ | __$100.00__ | ☑ __$100.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**ladies suits**<br><br>Line from *Schedule A/B*: __**11**__ | __$200.00__ | ☑ __$200.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**tuxedo**<br><br>Line from *Schedule A/B*: __**11**__ | __$150.00__ | ☑ __$150.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**costume jewelry**<br><br>Line from *Schedule A/B*: __**12**__ | __$45.00__ | ☑ __$45.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>**ear rings**<br><br>Line from *Schedule A/B*: __**12**__ | __$8.00__ | ☑ __$8.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>**ring(s)**<br><br>Line from *Schedule A/B*: __**12**__ | __$3.00__ | ☑ __$3.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>**watches**<br><br>Line from *Schedule A/B*: __**12**__ | __$20.00__ | ☑ __$20.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**bracelets and necklaces**<br><br>Line from *Schedule A/B*: __12__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description:<br>**cash**<br><br>Line from *Schedule A/B*: __16__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**checking account - ACU Texas - 6419**<br><br>Line from *Schedule A/B*: __17.1__ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**old desk**<br><br>Line from *Schedule A/B*: __39__ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |
| Brief description:<br>**file cabinets**<br><br>Line from *Schedule A/B*: __39__ | $60.00 | ☑ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |
| Brief description:<br>**fire safe with lock**<br><br>Line from *Schedule A/B*: __39__ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Gabriel Carrera**
**Sabina Gonzales**

CASE NO.  **17-32750**

CHAPTER  **13**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 12, 2017, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rules.

Date:  __5/11/2017__

_____
**William David Weber**
Attorney for the Debtor(s)

| | | |
|---|---|---|
| Abacus Bail Bonds<br>x xxxxxx070B<br>2117 Chenevert, Ste. C<br>Houston, TX 77003 | Bank of America - Visa / MC<br>xxxx xxxx xxxx 0896<br>P.O. Box 982234<br>El Paso, TX 79998 | Chase - Visa / MC - 0643<br>xxxxxxxxxxxx0643<br>P.O. Box 15298<br>Wilmington, DE 19850 |
| ABC Bonding<br>400 San Jacinto<br>Houston, TX | Bank of America - Visa / MC<br>xxxx xxxx xxxx 0896<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Chase - Visa / MC - 9523<br>xxxx-xxxx-xxxx-9523<br>P.O. Box 15298<br>Wilmington, DE 19850 |
| Ally Financial<br>xxx-xxxx-x0673<br>Ally Automotive Financing<br>PO Box 380901<br>Bloomington, MN 55438 | Bank of America N.A.<br>Loss/Recovery<br>P O Box 982284<br>El Paso, TX 79998-2238 | Citibank - Visa / MC<br>1781<br>Citibank Customer Service<br>P.O. Box 6286<br>Sioux Falls, SD 57117 |
| Ally Financial<br>xxx-xxxx-x0673<br>Payment Processing Center<br>P.O. Box 9001951<br>Louisville, KY 40290 | Central Financial Control<br>BOX 830913<br>Birmingham, AL 35283-0913 | Citibank - Visa / MC<br>1781<br>Bankruptcy Dept.<br>1500 Boltonfield Street<br>Columbus, OH 43228 |
| American Express<br>xxxx-xxxxxx-x5009<br>PO Box 981540<br>El Paso, TX 79998-1540 | Central Financial Control<br>P.O. Box 66044<br>Anaheim, CA 92816 | Citibank - Visa / MC - 1781<br>1781<br>Citibank Customer Service<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 |
| AT&T U-verse<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | Chase - Visa / MC<br>P.O. Box 94014<br>Palatine, IL 60094 | Citibank - Visa / MC - 9955<br>9955<br>Citibank Customer Service<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Gabriel Carrera**
         **Sabina Gonzales**

CASE NO.   **17-32750**

CHAPTER   **13**

## CERTIFICATE OF SERVICE

(Continuation Sheet #1)

---

Client Services, Inc.
3451 Harry S. Truman Boulevard
Saint Charles, MO 63301-4047

Ditech Financial LLC (OG)
xxxxxx8504
P,O, Box 6122
Rapid City, SD  57709-6172

Home Depot Credit Services
xxxx xxxx xxxx 9369
Processing Center
Des Moines, IA  50364

Conn's Credit Company
xxxxx7132
c/o Legal Dept.
P.O. Box 2358
Beaumont, TX   77704

Carl D. Farris
14942 Atmore PL Drive
Houston, TX  77082

Home Depot Credit Services - 9369
xxxx xxxx xxxx 9369
PO Box 790328
Saint Louis, MO 63179

Conn's Credit Company
xxxxx7132
P.O. Box 815867
Dallas, TX 75234

FM 1960 Emergency Phys, PLLC
xxxxxxxx4528
PO Box 98818
Las Vegas, NV 89193-8818

Home Depot Credit Services - 9955
xxxx-xxxx-xxxx-9955
PO Box 790328
Saint Louis, MO 63179

Convergent Outsourcing, Inc.
PO Box 9004
Renton, WA 98057-9004

Gabriel Carrera
14415 Meyersville Drive
Houston, TX 77049

Houston (City of) - Parking Division
xxxx6276
P.O. Box 4997
Houston, TX 77210-4997

David Peake, Trustee
9660 Hillcroft, Suite 430
Houston, TX   77096-3856

Good Singletary
A Professional Limited Liability
Company
Attorneys And Counselors
5090 Richmond Avenue #550
Houston, TX 77056-7402

Houston Northwest Medical Center
xxxxxxx2005
710 Cypress Creek Parkway
Houston, TX 77090

Dillard's Card Services
xxxxxxxxxx x6326
c/o Wells Fargo, N.A.
PO Box 522
Des Moines, IA 50306

Harris County Toll Road Authority
xxxxxxxxxxx & xxxxxxx6561
2707 West Sam Houston Pkwy North
Houston, TX 77043

Houston Northwest Radiology
Association
c/o Automated Health Man Services
1415 N. Loop West, Suite 240
Houston, TX  77008

Ditech Financial LLC (AR)
xxxxxx8504
P.O. Box 6172
Rapid City, SD  57709-6172

Harris Health System
xxxxxxxx4265
PO Box 4831
Houston, TX 77210-4831

Internal Revenue Service
xxxxx8452
Cincinnati, OH 45999-0150

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Gabriel Carrera**
**Sabina Gonzales**

CASE NO.   **17-32750**

CHAPTER   **13**

## CERTIFICATE OF SERVICE

(Continuation Sheet #2)

---

IRS - Insol. Sec.
PO Box 7346
Philadelphia, PA 19101·7346

Macy's (DSNB)
xxxxxxx0441
PO Box 18303
Columbus, OH 43218

Municipal Services Bureau
PO Box 16755
Austin, TX 78761

IRS - Insol. Sec.
c/o U.S. Attorney
8701 South Gessner, Suite 710
Houston, TX   77074

Midland Credit Management - 5546
xxxxxx5546
8875 Aero Drive, Suite 200
San Diego, CA 92123

North Houston Pathology Assoc.
xxx xx1429
Houston Northwest Medical Center
710 FM 1960 Road West
Houston, TX 77090

IRS c/o U.S. Department of Justice
10th & Constitution Avenue, N.W.
Washington, DC 20530

Midland Credit Management - 8789
xxxxxx8789
8875 Aero Drive, Suite 200
San Diego, CA 92123

O'Neal Law Firm
12337 Jones Rd
Houston, TX  77070

Just Energy
xxxx992-2
 5251 Westheimer Rd #1000
Houston, TX 77056

Millennium Loan Fund, LLC
xx-xxxx- xxxx-xxxxxx-xx77-07
4600 New Linden Hill Road
Wilmington, DE 19808

OFS Solid Waste Services, Inc.
x1381
P.O. Box 2258
Channelview, TX 77530

Linebarger Goggan Blair & Sampson,
LLP
1301 Main, Suite 300
Houston, TX 77002

Millennium Loan Fund, LLC
xx-xxxx- xxxx-xxxxxx-xx77-07
c/o CT Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

Pertus Portfolio Services
xxxx7836
P.O. Box 141419
Irving, TX  7504-1419

Macy's (DSNB)
xxxxxxx0441
Bankruptcy Dept.
PO Box 8113
Mason, OH 45040

Millennium Loan Fund, LLC
xx-xxxx- xxxx-xxxxxx-xx77-07
428 Uvalde Road
Houston, TX 77015

Pine Trails HOA
6003 Wood Bend
Houston, TX 77049

Macy's (DSNB)
xxxxxxx0441
PO Box 8066
Mason, OH 45040

Municipal Services Bureau
8325 Tuscany Way, Building 4
 Austin, TX 78754

Portfolio Recovery Associates LLC
xxxxxxxxx1781
120 Corporate Blvd.
Norfolk VA 23502

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:  **Gabriel Carrera
Sabina Gonzales**

CASE NO.   **17-32750**

CHAPTER   **13**

**CERTIFICATE OF SERVICE**

(Continuation Sheet #3)

Rent a Center
Attn: Customer Care
5501 Headquarters Drive
Plano, TX 75024

Texas Department of Public Safety
xx4760
Surcharge Processing
P.O. Box 16733
Austin, TX 78761

Santander Consumer USA Inc.
xxx6270
P.O. Box 961245
Fort Worth, TX 76161-1245

Texas Department of Public Safety
xx8069
Surcharge Processing
P.O. Box 16733
Austin, TX 78761

Seterus (AR)
xxx0932
P.O. Box 1077
Hartford, CT  06143-1077

UT Physicians
xx8949
P.O Box 301173
Dallas, TX 75303

Seterus (OG)
2970932
P.O. Box 1077
Hartford, CT  06143-1077

Verizon Wireless
xxxxxxxxx-x0001
Bankruptcy Dept.
500 Technology Drive Suite 550
Weldon Spring, MO 63304

Specialized Collection Systems, Inc.
7023 La Entrada Dr Ste A
Houston, TX 77083-2357

Wells Fargo Bank, N.A.
xxxxx1393
PO Box 10438
Des Moines, IA 50306-0438

Specialized Collection Systems, Inc.
PO Box 441508
Houston, TX 77244

T-Mobile
xxxxx6089
T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA   98015-3410

**Fill in this information to identify your case:**

| Debtor 1 | **Gabriel** | | **Carrera** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sabina** | | **Gonzales** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-32750**
(if known)

☐ Check if this is an
  amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**Conn's Credit Company**
Creditor's name
**c/o Legal Dept.**
Number     Street
**P.O. Box 2358**

**Describe the property that secures the claim:**

**computer equipment and/or software (including fax**

| $1,198.55 | $650.00 | $548.55 |

**Beaumont          TX     77704**
City                    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
  to a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **appliances**

Date debt was incurred   **5/12/14**      Last 4 digits of account number   **7   1   3   2**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $1,198.55 |

Debtor 1 **Gabriel Carrera**
Debtor 2 **Sabina Gonzales**

Case number (if known) **17-32750**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**

**Ditech Financial LLC (AR)**
Creditor's name
**P.O. Box 6172**
Number    Street

_____

**Rapid City        SD   57709-6172**
City                State   ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **7/2014**

Describe the property that secures the claim:

**house - 14415 Meyersville Drive, Houston, TX  7704**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **deed of trust**

Last 4 digits of account number    **8   5   0   4**

| Column A | Column B | Column C |
|---|---|---|
| $11,755.00 | $0.00 | $11,755.00 |

---

**2.3**

**Ditech Financial LLC (OG)**
Creditor's name
**P,O, Box 6122**
Number    Street

_____

**Rapid City        SD   57709-6172**
City                State   ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **7/2014**

Describe the property that secures the claim:

**house - 14415 Meyersville Drive, Houston, T, Houst**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **deed of trust**

Last 4 digits of account number    **8   5   0   4**

| Column A | Column B | Column C |
|---|---|---|
| $80,509.00 | $117,265.00 | |

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

| $92,264.00 |
|---|

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---------|---|---|---|---|

---

**2.4**

**Millennium Loan Fund, LLC**
Creditor's name
**4600 New Linden Hill Road**
Number      Street

**Describe the property that secures the claim:**

**2007 Ford 150**

$1,326.93 | $4,874.00 |

**Wilmington        DE    19808**
City                State    ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **4/15**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **pay day loan**

Last 4 digits of account number    **7  7  0  7**

---

**2.5**

**Pertus Portfolio Services**
Creditor's name
**P.O. Box 141419**
Number      Street
**Irving, TX  7504-1419**

**Describe the property that secures the claim:**

**2007 Ford Explorer**

$5,600.00 | $5,084.00 | $516.00

City                State    ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **4/1/2012**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **purchase money security**

Last 4 digits of account number    **7  8  3  6**

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

| $6,926.93 |

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.6**

**Pine Trails HOA**
Creditor's name
**6003 Wood Bend**
Number      Street

_____

**Houston**          **TX**    **77049**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred   **11/14**

Describe the property that secures the claim:

**house - 14415 Meyersville Drive, Houston, T, Houst**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **HOA Dues**

Last 4 digits of account number   ___ ___ ___ ___

| $3,241.42 | $117,265.00 | |

---

**2.7**

**Seterus (AR)**
Creditor's name
**P.O. Box 1077**
Number      Street

_____

**Hartford**        **CT**   **06143-1077**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred   **04/05/2017**

Describe the property that secures the claim:

**house - 4627 Rosebud Drive, Houston, TX  77053**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **deed of trust**

Last 4 digits of account number   **0  9  3  2**

| $17,234.24 | $206,933.00 | |

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

| **$20,475.66** |

Debtor 1 **Gabriel Carrera**
Debtor 2 **Sabina Gonzales**

Case number (if known) **17-32750**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.8**

**Seterus (OG)**
Creditor's name
**P.O. Box 1077**
Number      Street

Describe the property that secures the claim:

**house - 4627 Rosebud Drive, Houston, TX   77053**

$87,469.00      $89,668.00

**Hartford        CT    06143-1077**
City              State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **deed of trust**

Date debt was incurred   **5/2014**        Last 4 digits of account number      **0   9   3   2**

Add the dollar value of your entries in Column A on this page.  Write that number here:

$87,469.00

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:

$208,334.14

Debtor 1   **Gabriel Carrera**

Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**

**Conn's Credit Company**
Name
**P.O. Box 815867**
Number      Street

**Dallas**                  **TX**    **75234**
City                          State    ZIP Code

On which line in Part 1 did you enter the creditor?      **2.1**

Last 4 digits of account number      **7   1   3   2**

**2**

**Millennium Loan Fund, LLC**
Name
**428 Uvalde Road**
Number      Street

**Houston**                **TX**    **77015**
City                          State    ZIP Code

On which line in Part 1 did you enter the creditor?      **2.4**

Last 4 digits of account number      **7   7   0   7**

**3**

**Millennium Loan Fund, LLC**
Name
**c/o CT Corporation System**
Number      Street
**1999 Bryan St., Ste. 900**

**Dallas**                  **TX**    **75201-3136**
City                          State    ZIP Code

On which line in Part 1 did you enter the creditor?      **2.4**

Last 4 digits of account number      **7   7   0   7**

**4**

**O'Neal Law Firm**
Name
**12337 Jones Rd**
Number      Street

**Houston**                **TX**    **77070**
City                          State    ZIP Code

On which line in Part 1 did you enter the creditor?      **2.6**

Last 4 digits of account number      ___ ___ ___ ___

**5**

**Santander Consumer USA Inc.**
Name
**P.O. Box 961245**
Number      Street

**Fort Worth**              **TX**    **76161-1245**
City                          State    ZIP Code

On which line in Part 1 did you enter the creditor?      **2.5**

Last 4 digits of account number      **6   2   7   0**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gabriel**  **Carrera** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Sabina**  **Gonzales** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-32750** |

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No.  Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $3,015.30 | $0.00 | $3,015.30 |

**IRS - Insol. Sec.**
Priority Creditor's Name
**PO Box 7346**
Number    Street
**Philadelphia, PA 19101-7346**

City    State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**2013 federal income taxes**

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   **2013**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

Debtor 1   **Gabriel Carrera**

Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 1: | Your PRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| 2.2 | | $1,325.00 | $1,325.00 | $0.00 |
|---|---|---|---|---|

**Weber Law Firm, P.C**
Priority Creditor's Name

**6666 Harwin Drive, Suite 220**
Number      Street

_____

**Houston**                    **TX**      **77036**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☒ Other.  Specify
      **Attorney fees for this case**

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 2

Debtor 1    **Gabriel Carrera**

Debtor 2    **Sabina Gonzales**

Case number (if known)    **17-32750**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | **Total claim** |
|---|---|

**4.1**

**Abacus Bail Bonds**
Nonpriority Creditor's Name

**2117 Chenevert, Ste. C**
Number        Street

**Houston**                    **TX    77003**
City                    State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0    7    0    B**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **bail bond**

**$725.00**

**4.2**

**ABC Bonding**
Nonpriority Creditor's Name

**400 San Jacinto**
Number        Street

**Houston, TX**

City                    State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **bail bond**

**$2,750.00**

Debtor 1    **Gabriel Carrera**
Debtor 2    **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.3**

**Ally Financial**
Nonpriority Creditor's Name
**Ally Automotive Financing**
Number    Street
**PO Box 380901**

**Bloomington          MN     55438**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0    6    7    3**
When was the debt incurred?    **5/1/2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**deficiency claim**

**$21,237.00**

---

**4.4**

**American Express**
Nonpriority Creditor's Name
**PO Box 981540**
Number    Street

**El Paso              TX     79998-1540**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5    0    0    9**
When was the debt incurred?    **2/04 - 2/09**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**credit card purchases**

**$1,933.96**

---

**4.5**

**AT&T U-verse**
Nonpriority Creditor's Name
**P.O. Box 5014**
Number    Street

**Carol Stream        IL     60197-5014**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __  __  __  __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**digital tv / internet**

**$382.61**

---

Debtor 1    **Gabriel Carrera**
Debtor 2    **Sabina Gonzales**

Case number (if known)    **17-32750**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.6**                                                                      **$2,534.92**

**Bank of America - Visa / MC**
Nonpriority Creditor's Name
**P.O. Box 982234**
Number        Street

_____

**El Paso**                    **TX**      **79998**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0   8   9   6**

When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **credit card purchases**

---

**4.7**                                                                      **$327.13**

**Bank of America N.A.**
Nonpriority Creditor's Name
**Loss/Recovery**
Number        Street
**P O Box 982284**

_____

**El Paso**                    **TX**      **79998-2238**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **overdraft**

---

**4.8**                                                                      **$999.00**

**Chase - Visa / MC - 0643**
Nonpriority Creditor's Name
**P.O. Box 15298**
Number        Street

_____

**Wilmington**              **DE**      **19850**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0   6   4   3**

When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **credit card purchases**

Debtor 1   **Gabriel Carrera**

Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
| --- | --- |

---

**4.9**

|  | **$1,657.00** |

**Chase - Visa / MC - 9523**
Nonpriority Creditor's Name

**P.O. Box 15298**
Number       Street

_____

**Wilmington          DE     19850**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**same as: Client Services, Inc.**

Last 4 digits of account number   **9   5   2   3**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **credit card purchases**

---

**4.10**

|  | **$1,573.90** |

**Citibank - Visa / MC - 1781**
Nonpriority Creditor's Name

**Citibank Customer Service**
Number       Street

**P.O. Box 6500**

_____

**Sioux Falls          SD     57117-6500**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Shell Card**

Last 4 digits of account number   **1   7   8   1**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **credit card purchases**

---

Debtor 1  **Gabriel Carrera**
Debtor 2  **Sabina Gonzales**

Case number (if known)  **17-32750**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.11**

$1,200.00

**Citibank - Visa / MC - 9955**
Nonpriority Creditor's Name
**Citibank Customer Service**
Number     Street
**P.O. Box 6500**

**Sioux Falls          SD     57117-6500**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

same as: Midland Credit Management, Inc. 5546

Last 4 digits of account number     9   9   5   5
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **credit card purchases**

**4.12**

$1,729.62

**Dillard's Card Services**
Nonpriority Creditor's Name
**c/o Wells Fargo, N.A.**
Number     Street
**PO Box 522**

**Des Moines          IA     50306**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     6   3   2   6
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **department store purchases**

**4.13**

$1,500.00

**Carl D. Farris**
Nonpriority Creditor's Name
**14942 Atmore PL Drive**
Number     Street

**Houston          TX     77082**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     ___  ___  ___  ___
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **loan**

Debtor 1   **Gabriel Carrera**

Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.14

**FM 1960 Emergency Phys, PLLC**
Nonpriority Creditor's Name
**PO Box 98818**
Number      Street

**$2,884.00**

Last 4 digits of account number   **4   5   2   8**

When was the debt incurred?   **11/10114**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Las Vegas              NV    89193-8818**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **medical bills**

### 4.15

**Harris County Toll Road Authority**
Nonpriority Creditor's Name
**2707 West Sam Houston Pkwy North**
Number      Street

**$643.00**

Last 4 digits of account number   **6   5   6   1**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                TX    77043**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **civil fine**

**same as: Linebarger Goggan Blair & Sampson, LLP**

### 4.16

**Harris Health System**
Nonpriority Creditor's Name
**PO Box 4831**
Number      Street

**$208.00**

Last 4 digits of account number   **4   2   6   5**

When was the debt incurred?   **12/2014**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                TX    77210-4831**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **medical bills**

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.17**

$2,899.19

**Home Depot Credit Services - 9369**
Nonpriority Creditor's Name
**PO Box 790328**
Number        Street

**Saint Louis          MO      63179**
City                          State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **9   3   6   9**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**credit card purchases**

---

**4.18**

$1,197.00

**Home Depot Credit Services - 9955**
Nonpriority Creditor's Name
**PO Box 790328**
Number        Street

**Saint Louis          MO      63179**
City                          State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **9   9   5   5**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**credit card purchases**

---

**4.19**

$65.00

**Houston (City of) - Parking Division**
Nonpriority Creditor's Name
**P.O. Box 4997**
Number        Street

**Houston              TX      77210-4997**
City                          State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**same as: Municipal Services Bureau**

Last 4 digits of account number    **6   2   7   6**

When was the debt incurred?   **10/21/2008**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**parking ticket**

---

Debtor 1   **Gabriel Carrera**

Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.20

**$3,305.27**

**Houston Northwest Medical Center**
Nonpriority Creditor's Name
**710 Cypress Creek Parkway**
Number       Street

**Houston**               **TX**   **77090**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **2   0   0   5**
When was the debt incurred?   **11/2014**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **medical bills**

### 4.21

**$397.00**

**Houston Northwest Radiology Association**
Nonpriority Creditor's Name
**c/o Automated Health Man Services**
Number       Street
**1415 N. Loop West, Suite 240**

**Houston**               **TX**   **77008**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **medical bills**

### 4.22

**$3,015.30**

**Internal Revenue Service**
Nonpriority Creditor's Name

Number       Street

**Cincinnati**            **OH**   **45999-0150**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **8   4   5   2**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **taxes**

Debtor 1 **Gabriel Carrera**

Debtor 2 **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.23

**Just Energy**
Nonpriority Creditor's Name
**5251 Westheimer Rd #1000**
Number        Street

**Houston**              **TX**     **77056**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1,034.00**

Last 4 digits of account number     **9   9   2   2**

When was the debt incurred?          _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **utility bill**

---

### 4.24

**Macy's (DSNB)**
Nonpriority Creditor's Name
**Bankruptcy Dept.**
Number     Street
**PO Box 8113**

**Mason**                **OH**     **45040**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1,400.00**

Last 4 digits of account number     **0   4   4   1**

When was the debt incurred?          **1/07 - 12/09**

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **department store purchases**

---

### 4.25

**North Houston Pathology Assoc.**
Nonpriority Creditor's Name
**Houston Northwest Medical Center**
Number     Street
**710 FM 1960 Road West**

**Houston**              **TX**     **77090**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$5.25**

Last 4 digits of account number     **1   4   2   9**

When was the debt incurred?          _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **medical bills**

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.26

**$64.50**

**OFS Solid Waste Services, Inc.**
Nonpriority Creditor's Name
**P.O. Box 2258**
Number        Street

_____

**Channelview        TX      77530**
City                      State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1   3   8   1**
When was the debt incurred?    **9/11/14**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **trash pickup**

### 4.27

**$900.00**

**Rent a Center**
Nonpriority Creditor's Name
**Attn: Customer Care**
Number   Street
**5501 Headquarters Drive**

_____

**Plano        TX      75024**
City                      State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **rental equipment**

### 4.28

**$2,077.00**

**T-Mobile**
Nonpriority Creditor's Name
**T-Mobile Bankruptcy Team**
Number   Street
**PO Box 53410**

_____

**Bellevue        WA      98015-3410**
City                      State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**same as: Midland Credit Management - 8789**

Last 4 digits of account number    **6   0   8   9**
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **mobil telephone service**

Debtor 1   **Gabriel Carrera**

Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.29**

$522.48

**Texas Department of Public Safety**
Nonpriority Creditor's Name
**Surcharge Processing**
Number       Street
**P.O. Box 16733**

_____

**Austin**              **TX**    **78761**
City                 State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4   7   6   0**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **fine**

---

**4.30**

$695.82

**Texas Department of Public Safety**
Nonpriority Creditor's Name
**Surcharge Processing**
Number       Street
**P.O. Box 16733**

_____

**Austin**              **TX**    **78761**
City                 State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8   0   6   9**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **fine**

---

**4.31**

$248.80

**UT Physicians**
Nonpriority Creditor's Name
**P.O Box 301173**
Number       Street

_____

**Dallas**              **TX**    **75303**
City                 State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8   9   4   9**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **medical bills**

---

Debtor 1   **Gabriel Carrera**

Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.32

**$534.00**

**Verizon Wireless**
Nonpriority Creditor's Name
**Bankruptcy Dept.**
Number          Street
**500 Technology Drive Suite 550**

**Weldon Spring          MO    63304**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **0   0   0   1**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **mobile phone contract**

### 4.33

**$1,837.42**

**Wells Fargo Bank, N.A.**
Nonpriority Creditor's Name
**PO Box 10438**
Number          Street

**Des Moines          IA      50306-0438**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1   3   9   3**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **credit card purchases**

Debtor 1   **Gabriel Carrera**

Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Ally Financial**
Name
**Payment Processing Center**
Number     Street
**P.O. Box 9001951**

**Louisville            KY      40290**
City                    State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.3**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0   6   7   3**

---

**Bank of America - Visa / MC**
Name
**PO Box 15019**
Number     Street

**Wilmington            DE      19886-5019**
City                    State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.7**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0   8   9   6**

---

**Central Financial Control**
Name
**P.O. Box 66044**
Number     Street

**Anaheim                CA      92816**
City                    State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.20**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Central Financial Control**
Name
**BOX 830913**
Number     Street

**Birmingham             AL      35283-0913**
City                    State   ZIP Code

**same as: Houston Northwest Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.20**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Chase - Visa / MC**
Name
**P.O. Box 94014**
Number     Street

**Palatine               IL      60094**
City                    State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.9**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 15

Debtor 1 **Gabriel Carrera**
Debtor 2 **Sabina Gonzales**

Case number (if known) __17-32750__

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---------|---------------------------------------------------------------------------------------|

**Chase - Visa / MC**
Name
**P.O. Box 94014**
Number        Street



**Palatine          IL       60094**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.8__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

**Citibank - Visa / MC**
Name
**Bankruptcy Dept.**
Number        Street
**1500 Boltonfield Street**



**Columbus          OH       43228**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.11__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number   1   7   8   1**

---

**Citibank - Visa / MC**
Name
**Citibank Customer Service**
Number        Street
**P.O. Box 6286**



**Sioux Falls       SD       57117**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.11__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number   1   7   8   1**

---

**Citibank - Visa / MC**
Name
**Bankruptcy Dept.**
Number        Street
**1500 Boltonfield Street**



**Columbus          OH       43228**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.10__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number   1   7   8   1**

---

**Citibank - Visa / MC**
Name
**Citibank Customer Service**
Number        Street
**P.O. Box 6286**



**Sioux Falls       SD       57117**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.10__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number   1   7   8   1**

---

**Client Services, Inc.**
Name
**3451 Harry S. Truman Boulevard**
Number        Street



**Saint Charles     MO       63301-4047**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.9__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Client Services, Inc.**
Name
**3451 Harry S. Truman Boulevard**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.8**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Saint Charles**      **MO**   **63301-4047**
City               State   ZIP Code

---

**Convergent Outsourcing, Inc.**
Name
**PO Box 9004**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.23**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Renton**      **WA**   **98057-9004**
City               State   ZIP Code

---

**Good Singletary**
Name
**A Professional Limited Liability Company**
Number      Street
**Attorneys And Counselors**

**5090 Richmond Avenue #550**

**Houston**      **TX**   **77056-7402**
City               State   ZIP Code

**same as: Abacus Bail Bonds**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.1**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

**Home Depot Credit Services**
Name
**Processing Center**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   ____   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**credit card purchases**   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **9   3   6   9**

**Des Moines**      **IA**   **50364**
City               State   ZIP Code

---

**IRS - Insol. Sec.**
Name
**c/o U.S. Attorney**
Number      Street
**8701 South Gessner, Suite 710**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   ____   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**taxes**   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Houston**      **TX**   **77074**
City               State   ZIP Code

---

**IRS c/o U.S. Department of Justice**
Name
**10th & Constitution Avenue, N.W.**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   ____   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**taxes**   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Washington**      **DC**   **20530**
City               State   ZIP Code

Debtor 1    **Gabriel Carrera**
Debtor 2    **Sabina Gonzales**

Case number (if known) **17-32750**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Linebarger Goggan Blair & Sampson, LLP**
Name
**1301 Main, Suite 300**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.15** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

**Houston**            **TX**    **77002**
City              State    ZIP Code

---

**Macy's (DSNB)**
Name
**PO Box 18303**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.24** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0  4  4  1**

**Columbus**          **OH**    **43218**
City              State    ZIP Code

---

**Macy's (DSNB)**
Name
**PO Box 8066**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.24** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0  4  4  1**

**Mason**             **OH**    **45040**
City              State    ZIP Code

---

**Midland Credit Management - 5546**
Name
**8875 Aero Drive, Suite 200**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **5  5  4  6**

**San Diego**         **CA**    **92123**
City              State    ZIP Code

---

**Midland Credit Management - 8789**
Name
**8875 Aero Drive, Suite 200**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.28** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **8  7  8  9**

**San Diego**         **CA**    **92123**
City              State    ZIP Code

---

**Municipal Services Bureau**
Name
**PO Box 16755**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.19** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

**Austin**            **TX**    **78761**
City              State    ZIP Code

Debtor 1   **Gabriel Carrera**

Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Municipal Services Bureau**
Name
**8325 Tuscany Way, Building 4**
Number        Street

**Austin**                    **TX**        **78754**
City                                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.19**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Portfolio Recovery Associates LLC**
Name
**120 Corporate Blvd.**
Number        Street

**Norfolk**                   **VA**        **23502**
City                                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.17**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **1  7  8  1**

---

**Specialized Collection Systems, Inc.**
Name
**PO Box 441508**
Number        Street

**Houston**                   **TX**        **77244**
City                                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.21**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Specialized Collection Systems, Inc.**
Name
**7023 La Entrada Dr Ste A**
Number        Street

**Houston**                   **TX**        **77083-2357**
City                                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.21**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

| Debtor 1 | **Gabriel Carrera** | | |
|---|---|---|---|
| Debtor 2 | **Sabina Gonzales** | Case number (if known) | **17-32750** |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.** Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $3,015.30 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $1,325.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. **$4,340.30** |

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $62,483.17 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. **$62,483.17** |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Gabriel** | **Carrera** |
| | First Name                    Middle Name | Last Name |
| Debtor 2 | **Sabina** | **Gonzales** |
| (Spouse, if filing) | First Name                    Middle Name | Last Name |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-32750** | |

☐ Check if this is an
  amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Just Energy** <br> Name <br> **5333 Westheimer Rd Ste 450** <br> Number    Street <br><br> **Houston**          **TX**    **77056** <br> City                  State    ZIP Code | utility contract <br> **Contract to be ASSUMED** |
| 2.2 | **Patrick Sams** <br> Name <br> **4627 Rosebud Drive** <br> Number    Street <br><br> **Houston**          **TX**    **77053** <br> City                  State    ZIP Code | residential real property lease - house at 4627 Rosebud Drive, Houston, TX  77053 <br> **Contract to be ASSUMED** |
| 2.3 | **Verizon Wireless** <br> Name <br> **Bankruptcy Dept.** <br> Number    Street <br> **500 Technology Drive Suite 550** <br><br> **Weldon Spring**      **MO**    **63304** <br> City                  State    ZIP Code | mobile phone contract <br><br> **Contract to be ASSUMED** |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Gabriel** | **Carrera** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | **Sabina** | **Gonzales** |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-32750**
(if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No.  Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes

   In which community state or territory did you live?        **Texas**        Fill in the name and current address of that person.

   **Sabina Gonzales**
   Name of your spouse, former spouse, or legal equivalent
   **14415 Meyersville Drive**
   Number        Street

   **Houston**                          **TX**      **77049**
   City                                 State      ZIP Code

   In which community state or territory did you live?        **Texas**        Fill in the name and current address of that person.

   **Gabriel Carrera**
   Name of your spouse, former spouse, or legal equivalent
   **14415 Meyersville Drive**
   Number        Street

   **Houston**                          **TX**      **77049**
   City                                 State      ZIP Code

Debtor 1    **Gabriel Carrera**
Debtor 2    **Sabina Gonzales** _____    Case number (if known) __**17-32750**__

**3.** **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** _Schedule D_ **(Official Form 106D),** _Schedule E/F_ **(Official Form 106E/F), or** _Schedule G_ **(Official Form 106G).  Use** _Schedule D, Schedule E/F, or Schedule G_ **to fill out Column 2.**

_Column 1:_  **Your codebtor**

_Column 2:_  **The creditor to whom you owe the debt**

Check all schedules that apply:

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Gabriel** First Name | **Carrera** Last Name |
| | Middle Name | |
| Debtor 2 (Spouse, if filing) | **Sabina** First Name | **Gonzales** Last Name |
| | Middle Name | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | **17-32750** | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| **Occupation** | **Laborer** | **Case Manager** |
| **Employer's name** | **Pumpco Inc** | **Gomel & Asscociates PC** |
| **Employer's address** | **120( South Main Street** Number  Street | **1177 West Loop South #1400** Number  Street |
| | **Giddings**  **TX**  **78942** City   State   Zip Code | **Houston**  **TX**  **77027** City   State   Zip Code |
| **How long employed there?** | **since 04/19/2017** | **since 9/11/15** |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  **$4,788.33** | **$3,386.00** |
| **3.** | Estimate and list monthly overtime pay. ................................... | 3. +  **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. ........................... | 4.  **$4,788.33** | **$3,386.00** |

Debtor 1   **Gabriel Carrera**

Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................................. ➔ | 4. | **$4,788.33** | **$3,386.00** |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions ..................... | 5a. | **$1,032.25** | **$713.00** |
| 5b. Mandatory contributions for retirement plans ..................... | 5b. | **$0.00** | **$0.00** |
| 5c. Voluntary contributions for retirement plans ..................... | 5c. | **$0.00** | **$0.00** |
| 5d. Required repayments of retirement fund loans ................. | 5d. | **$0.00** | **$0.00** |
| 5e. Insurance ..................... | 5e. | **$0.00** | **$123.96** |
| 5f. Domestic support obligations ..................... | 5f. | **$0.00** | **$0.00** |
| 5g. Union dues ..................... | 5g. | **$0.00** | **$0.00** |
| 5h. Other deductions. Specify: _____ | 5h. + | **$0.00** | **$0.00** |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$1,032.25** | **$836.96** |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$3,756.08** | **$2,549.04** |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$945.00** |

    Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8b. Interest and dividends ..................... | 8b. | **$0.00** | **$0.00** |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |

    Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8d. Unemployment compensation ..................... | 8d. | **$0.00** | **$0.00** |
| 8e. Social Security ..................... | 8e. | **$0.00** | **$0.00** |
| 8f. Other government assistance that you regularly receive | | | |

    Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Specify: _____ | 8f. | **$0.00** | **$0.00** |
| 8g. Pension or retirement income ..................... | 8g. | **$0.00** | **$0.00** |
| 8h. Other monthly income. Specify: **Per Diem Exp Reim** | 8h. + | **$3,500.00** | **$0.00** |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$3,500.00** | **$945.00** |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$7,256.08** + **$3,494.04** = **$10,750.12** |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| Specify: _____ | 11. + | **$0.00** |
|---|---|---|

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

| | 12. | **$10,750.12** |
|---|---|---|
| | | **Combined monthly income** |

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:

    **None.**

Debtor 1    **Gabriel Carrera**
Debtor 2    **Sabina Gonzales**

Case number (if known)    **17-32750**

8a.  Attached Statement (Debtor 2)

### Rent House - 4627 Rosebud Drvie, Hosuton 77053

**Gross Monthly Income:**                                                             **$1,100.00**

| Expense | Category | Amount |
|---|---|---|
| Yard Maintenance | | **$80.00** |
| A/C Maintenance | | **$25.00** |
| Repairs | | **$50.00** |

**Total Monthly Expenses**                                                            **$155.00**

**Net Monthly Income:**                                                               **$945.00**

Official Form 106I                          **Schedule I: Your Income**                          page 3

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Gabriel** | **Carrera** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sabina** | **Gonzales** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | **17-32750** | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**        ☑ No

   Do not list Debtor 1 and Debtor 2.        ☐ Yes. Fill out this information for each dependent...................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**        ☑ No        ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** ................................... 4. _____
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a.  Real estate taxes ................................................................. 4a. _____

   4b.  Property, homeowner's, or renter's insurance ........................................ 4b. _____

   4c.  Home maintenance, repair, and upkeep expenses ..................................... 4c. **$100.00**

   4d.  Homeowner's association or condominium dues ...................................... 4d. **$29.00**

| Debtor 1 | **Gabriel Carrera** |
|---|---|
| Debtor 2 | **Sabina Gonzales** |

Case number (if known)   **17-32750**

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans .................................. | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas .......................................... **(See continuation sheet(s) for details)** | 6a. | **$305.00** |
| | 6b. Water, sewer, garbage collection .............................. **(See continuation sheet(s) for details)** | 6b. | **$102.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and............. **(See continuation sheet(s) for details)** cable services | 6c. | **$345.00** |
| | 6d. Other. Specify: | 6d. | |
| 7. | **Food and housekeeping supplies** .................................. **(See continuation sheet(s) for details)** | 7. | **$585.00** |
| 8. | **Childcare and children's education costs** .................. | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** .................................. **(See continuation sheet(s) for details)** | 9. | **$170.00** |
| 10. | **Personal care products and services** .................. **(See continuation sheet(s) for details)** | 10. | **$135.00** |
| 11. | **Medical and dental expenses** .................................. **(See continuation sheet(s) for details)** | 11. | **$45.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train ..... **(See continuation sheet(s) for details)** fare. Do not include car payments. | 12. | **$610.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$100.00** |
| 14. | **Charitable contributions and religious donations** ................ | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance .................................................. | 15a. | |
| | 15b. Health insurance ................................................ | 15b. | |
| | 15c. Vehicle insurance ............................................. | 15c. | **$139.00** |
| | 15d. Other insurance. Specify: | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 ................................. | 17a. | |
| | 17b. Car payments for Vehicle 2 ................................. | 17b. | |
| | 17c. Other. Specify: | 17c. | |
| | 17d. Other. Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify:  **Ohio Hotel & Food Expenses** | 19. | **$3,500.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property ................................. | 20a. | |
| | 20b. Real estate taxes ............................................... | 20b. | |
| | 20c. Property, homeowner's, or renter's insurance ............ | 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses ............... | 20d. | |
| | 20e. Homeowner's association or condominium dues ......... | 20e. | |

| Debtor 1 | **Gabriel Carrera** | | |
|---|---|---|---|
| Debtor 2 | **Sabina Gonzales** | Case number (if known) | **17-32750** |

**21.  Other.**  Specify:  __See continuation sheet__                             21.  **+**          **$63.00**

**22.  Calculate your monthly expenses.**

22a.  Add lines 4 through 21.  ..................................................................................  22a.  **$6,228.00**

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.  .....................  22b.

22c.  Add line 22a and 22b.  The result is your monthly expenses.  ...........................  22c.  **$6,228.00**

**23.  Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I. .......................................  23a.  **$10,750.12**

23b.  Copy your monthly expenses from line 22c above.  ......................................................  23b.  **−**  **$6,228.00**

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.  ............................................................  23c.  **$4,522.12**

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑  No.

☐  Yes.  | Explain here:
**None.**

Debtor 1    **Gabriel Carrera**

Debtor 2    **Sabina Gonzales**

Case number (if known)    **17-32750**

**6a.** Electricity, heat, natural gas (details):

**Electricity**                                                                                     **$250.00**

**Natural Gas**                                                                                    **$55.00**

Total:    **$305.00**

**6b.** Water, sewer, garbage collection (details):

**Water**                                                                                            **$80.00**

**Trash Removal**                                                                              **$22.00**

Total:    **$102.00**

**6c.** Telephone, cell phone, Internet, satellite, and cable services (details):

**Cell phone**                                                                                    **$225.00**

**Internet Service Provider**                                                             **$45.00**

**Cable T.V.**                                                                                      **$75.00**

Total:    **$345.00**

**7.** Food and housekeeping supplies (details):

**Groceries**                                                                                      **$425.00**

**Meals at work**                                                                               **$120.00**

**Restaurants**                                                                                    **$40.00**

Total:    **$585.00**

**9.** Clothing, laundry, and dry cleaning (details):

**Clothing**                                                                                        **$120.00**

**Dry cleaning**                                                                                  **$50.00**

Total:    **$170.00**

**10.** Personal care products and services (details):

**Health & Personal Hygiene**                                                         **$110.00**

**Baby Supplies**                                                                               **$25.00**

Total:    **$135.00**

**11.** Medical and dental (details):

**$45.00**

Total:    **$45.00**

**12.** Transportation (details):

**Gas & Oil**                                                                                      **$440.00**

**Reg & Inspec. (per month)**                                                           **$20.00**

**Maintenance, Repairs & Tires**                                                     **$150.00**

Total:    **$610.00**

**21.** Other.  Specify:

Debtor 1   **Gabriel Carrera**

Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

**Other Personal Expenses**

| | |
|---|---|
| **Alcohol & Tobacco** | **$50.00** |
| **Tax return preparation fees** | **$13.00** |

**Total:**   **$63.00**

**Fill in this information to identify your case:**

| Debtor 1 | Gabriel | | Carrera | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | Sabina | | Gonzales | |
|---|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-32750**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____
Gabriel Carrera, Debtor 1

X _____
Sabina Gonzales, Debtor 2

Date **05/11/2017**
MM / DD / YYYY

Date **05/11/2017**
MM / DD / YYYY

RECEIVED 04/14/2017 05:29AM

05/11/2017 07:32PM 7138935004 Case 17-32750 Document 10 Filed in TXSB on 05/12/17 Page 82 of 92 WEBER LAW FIRM PAGE 04/07

Fill in this information to identify your case:

| Debtor 1 | **Gabriel** First Name | Middle Name | **Carrera** Last Name |
|---|---|---|---|
| Debtor 2 (Spouse, if filing) | **Sabina** First Name | Middle Name | **Gonzales** Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known)   **17-32750**

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____
Gabriel Carrera, Debtor 1

X _____
Sabina Gonzales, Debtor 2

Date **05/11/2017**
MM / DD / YYYY

Date **05/11/2017**
MM / DD / YYYY

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Gabriel** | **Carrera** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | **Sabina** | **Gonzales** |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known)  **17-32750**

☐ Check if this is an amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☒ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☒ No
   - ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☒ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:     Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   - ☐ No
   - ☒ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | ☒ Wages, commissions, bonuses, tips | **$14,060.00** | ☒ Wages, commissions, bonuses, tips | **$6,861.00** |
| | ☐ Operating a business | | ☐ Operating a business | |
| For the last calendar year: (January 1 to December 31, **2016** ) YYYY | ☒ Wages, commissions, bonuses, tips | **$43,110.00** | ☒ Wages, commissions, bonuses, tips | **$42,621.00** |
| | ☐ Operating a business | | ☐ Operating a business | |
| For the calendar year before that: (January 1 to December 31, **2015** ) YYYY | ☒ Wages, commissions, bonuses, tips | **$28,917.00** | ☒ Wages, commissions, bonuses, tips | **$5,276.00** |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1 **Gabriel Carrera**

Debtor 2 **Sabina Gonzales**

Case number (if known) **17-32750**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$12,493.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:** (January 1 to December 31, __2016__) YYYY | ☐ Wages, commissions, bonuses, tips | **$12,000.00** | ☑ Wages, commissions, bonuses, tips | **$42,621.00** |
| | ☑ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, __2015__) YYYY | ☐ Wages, commissions, bonuses, tips | **$12,000.00** | ☑ Wages, commissions, bonuses, tips | **$5,276.00** |
| | ☑ Operating a business | | ☐ Operating a business | |

5.   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☑ No

☐ Yes.  Fill in the details.

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**

Case number (if known)   **17-32750**

---

### Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

---

### Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Pine Trails CIA v. Gabriel Carrera** | collection of HOA dues | **County Court at Law #4**<br>Court Name<br>**harris County Texas**<br>Number   Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number **1,063,196** | | City                State   ZIP Code | |

---

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Debtor 1   **Gabriel Carrera**
Debtor 2   **Sabina Gonzales**                                    Case number (if known)   **17-32750**

**10.  Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐  No.  Go to line 11.
☑  Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Ally Financial** | **2011 Honda Odyssey** | | |
| Creditor's Name | | **11/2015** | |
| **Ally Automotive Financing** | **Explain what happened** | | |
| Number     Street | ☐  Property was repossessed. | | |
| **PO Box 380901** | ☐  Property was foreclosed. | | |
| | ☐  Property was garnished. | | |
| **Bloomington          MN     55438** | ☐  Property was attached, seized, or levied. | | |
| City                          State     ZIP Code | | | |

**11.  Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑  No
☐  Yes.  Fill in the details.

**12.  Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑  No
☐  Yes

---

**Part 5:**    **List Certain Gifts and Contributions**

**13.  Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑  No
☐  Yes.  Fill in the details for each gift.

**14.  Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑  No
☐  Yes.  Fill in the details for each gift or contribution.

---

**Part 6:**    **List Certain Losses**

**15.  Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑  No
☐  Yes.  Fill in the details.

Debtor 1  **Gabriel Carrera**
Debtor 2  **Sabina Gonzales**

Case number (if known)  **17-32750**

| **Part 7:** | **List Certain Payments or Transfers** |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Weber Law Firm, P.C.** | | | |
| Person Who Was Paid | | | |
| **6666 harwin Drive #220** | | **2017** | **$2,500.00** |
| Number      Street | | | |
| | | | |
| **Houston**          **TX**    **77036** | | | |
| City                    State    ZIP Code | | | |
| **https://weberlaw.com/** | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

Debtor 1 **Gabriel Carrera**
Debtor 2 **Sabina Gonzales**

Case number (if known) **17-32750**

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Ramon Carrera** | | **2003 Ford Taurus** | **$1,500.00** |
| Owner's Name | | | |
| **7039 Quince** | **Debtors' residence** | | |
| Number    Street | Number    Street | | |
| | | | |
| **Houston          TX     77089** | | | |
| City                State   ZIP Code | City                         State   ZIP Code | | |

| Debtor 1 | **Gabriel Carrera** | | |
|---|---|---|---|
| Debtor 2 | **Sabina Gonzales** | Case number (if known) | **17-32750** |

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ☑ No
   ☐ Yes.  Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?
   ☑ No
   ☐ Yes.  Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.

   ☑ No
   ☐ Yes.  Fill in the details.

## Part 11:   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
   ☐ A partner in a partnership
   ☐ An officer, director, or managing executive of a corporation
   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ No.  None of the above applies.  Go to Part 12.
   ☑ Yes.  Check all that apply above and fill in the details below for each business.

| Rent Hosue (no assumed name) | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | rent house at 4627 Rosebud Drive, Houston, TX  77053 | Do not include Social Security number or ITIN. |
| see Petition | | EIN: ___  ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number      Street | Name of accountant or bookkeeper | |
| | Sabina Gonzales | Dates business existed |
| City              State    ZIP Code | | From   11/2005   To   Present |

Debtor 1    **Gabriel Carrera**

Debtor 2    **Sabina Gonzales**                                        Case number (if known)   **17-32750**

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes.  Fill in the details below.

| Debtor 1 | **Gabriel Carrera** | | |
|---|---|---|---|
| Debtor 2 | **Sabina Gonzales** | Case number (if known) | **17-32750** |

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____     X _____
   Gabriel Carrera, Debtor 1                        Sabina Gonzales, Debtor 2

Date    **05/11/2017**                              Date    **05/11/2017**

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not **an attorney** to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Debtor 1 | **Gabriel Carrera** | |
|---|---|---|
| Debtor 2 | **Sabina Gonzales** | Case number (if known) **17-32750** |

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____           X _____
Gabriel Carrera, Debtor 1                Sabina Gonzales, Debtor 2

Date   **05/11/2017**                  Date   **05/11/2017**

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____      Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).