IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 17-32750 |
| GABRIEL CARRERA § | |
| SABINA GONZALES § | CHAPTER 13 |
| DEBTOR(S) § | |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Ditech Financial LLC (hereinafter "Ditech"), a secured creditor in the above-entitled and numbered case, filing this Objection to Confirmation of Chapter 13 Plan, and in support hereof represents:

1. The above-styled Debtor(s) filed a voluntary petition under Chapter 13 of Title 11, United States Bankruptcy Code, on May 1, 2017.

2. Debtor(s) is indebted to Ditech pursuant to a promissory note secured by a recorded instrument granting a security interest in the real property with the address of 14415 Meyersville Dr., Houston, Texas 77049 (the "Property").

3. The Property is the Debtor(s)' principal residence.

4. The total debt due and owing to Ditech as of the date of filing was approximately $78,128.10, with pre-petition arrearage of approximately $13,915.71 (the "Claim").

5. Debtor(s) Chapter 13 Plan (the "Plan") as proposed provides only $11,755.00 to satisfy the pre-petition arrearage portion of the Claim.

6. Ditech objects to confirmation of the Plan because:

    a. it does not comply with Section 1322(b)(2) and is not feasible because it understates the amount of the Claim, including, but not limited to pre-petition arrears and the total debt due and owing as of the date of filing.

WHEREFORE, PREMISES CONSIDERED, Ditech prays that this Court deny confirmation of the Plan, and grant it such other and further relief at law and in equity as is just.

        Respectfully submitted,
        Buckley Madole, P.C.

        /s/ Carlos R. Hernandez-Vivoni
        Michael J. Burns / TBN 24054447
        LynAlise K. Tannery / TBN 24083941
        Carlos R. Hernandez-Vivoni / TBN 24096186
        Zachary Wright / TBN 24097223
        Attorneys and Counselors
        14841 Dallas Parkway, Suite 300
        Dallas, Texas 75254
        (972) 643-6600
        (972) 643-6698 (Telecopier)
        E-mail: BkcyAttorneys@BuckleyMadole.com
        Attorney for Ditech Financial LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 21 day of July, 2017:

Debtor's Attorney
William David Weber
Weber Law Firm
6666 Harwin Dr. Ste 220
Houston, Texas  77036-2251

Debtor
Gabriel Carrera
14415 Meyersville Drive
Houston, Texas 77049-4321

Debtor
Sabina Gonzales
14415 Meyersville Drive
Houston, Texas 77049-4321

U.S. Trustee
Office of the U.S. Trustee
515 Rusk Ave., Ste. 3516
Houston, Texas  77002

Chapter 13 Trustee
David G. Peake
9660 Hillcroft, Suite 430
Houston, Texas 77096-3856

Marinosci & Baxter
Wellington Center
14643 Dallas Parkway, Suite 750
Dallas Texas 75254


17-32750                                                    /s/ Carlos R. Hernandez-Vivoni
                                                                        Michael J. Burns
                                                                       LynAlise K. Tannery
                                                                       Carlos R. Hernandez-Vivoni
                                                                       Zachary Wright