Case No.: **17-32750**
Debtor(s): **Gabriel Carrera**
**Sabina Gonzales**

## Plan Summary and Statistical Cover Sheet for Proposed Plan Modification

Date: _____9/20/2017_____
(Date Should be Date that this Proposed Plan is Signed by Debtor)

**Disposable Income and Plan Payments**

| (A) Projected Schedule "I" Income (as shown on most recently filed Schedule I) | (B) Projected Schedule "J" Expenses (as shown on most recently filed Schedule J) | (C) Projected Disposable Income | (D) Beg. Month # | (E) End Month # | (F) Payment Amount | (G) Payments for the Benefit of Creditors | | (H) Savings Expense from Line 21 of Schedule J | | (I) Total Monthly Trustee Payment Including Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Pre-Modification Payments to Trustee | | -- | | -- | | -- |
| | | | | | | Per Month | Total | Per Month | Total | |
| $10,750.12 | $6,228.00 | $4,522.12 | 1: 06/17 | 44: 01/21 | $3,475.00 | $3,475.00 | $152,900.00 | $0.00 | $0.00 | $152,900.00 |
| | | | | Grand Total | | | $152,900.00 | | $0.00 | $152,900.00 |
| | | | | Less Posted Chapter 13 Trustee Fee* | | | $9,097.44 | | $0.00 | $9,097.44 |
| | | | | Net Available | | | $143,802.56 | | $0.00 | $143,802.56 |

**Projected Trustee Disbursements to Priority and Secured Creditors**

| Name of Holder / Description of Collateral (or "None" if appropriate) | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| **Weber Law Firm, P.C** None | Priority | | | Total Pre-Modification Payments by Trustee | | -- |
| | | 0.00% | 1 | 1 | Pro-Rata | $1,325.00 |
| **Ditech Financial LLC (AR)** house - 14415 Meyersville Drive, Houston, | Principal Res. (Arrearage) | | | Total Pre-Modification Payments by Trustee | | -- |
| | | 0.00% | 7 | 24 | $773.10 Avg. | $13,915.71 |
| **Ditech Financial LLC (OG)** house - 14415 Meyersville Drive, Houston, | Principal Res. | | | Total Pre-Modification Payments by Trustee | | -- |
| | | 0.00% | 1 | 44 | $802.60 | $35,314.40 |
| **Pine Trails HOA** house - 14415 Meyersville Drive, Houston, | Principal Res. | | | Total Pre-Modification Payments by Trustee | | -- |
| | | 6.00% | 5 | 7 | Pro-Rata | $3,335.40 |
| **Conn's Credit Company** computer equipment and/or software (incl | Secured | | | Total Pre-Modification Payments by Trustee | | -- |
| | | 6.00% | 5 | 7 | Pro-Rata | $631.74 |
| **Conn's Credit Company** iPad Mini | Secured | | | Total Pre-Modification Payments by Trustee | | -- |
| | | 6.00% | 5 | 7 | Pro-Rata | $42.40 |

* The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.

Case No:  17-32750
Debtor(s):  Gabriel Carrera
Sabina Gonzales

| | | | | | | |
|---|---|---|---|---|---|---|
| **Millennium Loan Fund, LLC** | Secured | Total Pre-Modification Payments by Trustee | | | | -- |
| **2007 Ford 150** | | **6.00%** | **1** | **5** | **$268.92 Avg.** | **$1,344.61** |
| **Pertus Portfolio Services** | Secured | Total Pre-Modification Payments by Trustee | | | | -- |
| **2007 Ford Explorer** | | **6.00%** | **1** | **5** | **$1,032.02 Avg.** | **$5,160.12** |
| **Seterus (AR)** | Secured | Total Pre-Modification Payments by Trustee | | | | -- |
| **house - 4627 Rosebud Drive, Houston, TX** | (Arrearage) | **0.00%** | **7** | **23** | **Pro-Rata** | **$19,245.17** |
| **Seterus (OG)** | Secured | Total Pre-Modification Payments by Trustee | | | | -- |
| **house - 4627 Rosebud Drive, Houston, TX** | | **0.00%** | **1** | **44** | **$579.62** | **$25,503.28** |
| | | | | | Grand Total | **$105,817.83** |

| SUMMARY OF PAYMENTS | | | BEST INTEREST TEST | |
|---|---|---|---|---|
| Net Available to Creditors (Must Equal Net Available from Column G Above) | $143,802.56 | | Value of total non-exempt property | $0.00 |
| Less Estimated Attorneys' fees | $1,325.00 | | Total distributions to all priority and general unsecured creditors | $39,309.73 |
| Less Total to Priority Creditors | $0.00 | | | |
| Less Total to Secured Creditors | $104,492.83 | | | |
| Net Available for Unsecured Creditors | $37,984.73 | | | |
| Estimated General Unsecured Claims | $36,524.19 | | | |
| Forecast % Dividend on General Unsecured Claims | 100% | | | |